**Motion Denied; Appeal Dismissed and Memorandum Opinion filed September 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-01080-CV

_____

**CECILIA CLINKSCALE, Appellant**

**V.**

**GREG BROWN, OFFICER ALEXANDER, OFFICER LOPEZ, HOUSTON POLICE DEPARTMENT AND THE CITY OF HOUSTON, Appellees**

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2009-30684

## MEMORANDUM   OPINION

This is an appeal from a judgment signed July 20, 2010.   The clerk's record was filed December 28, 2010.   No reporter's record was taken.

After this case was stayed for mediation, appellant's brief was due May 2, 2011. Appellant was granted two extensions of time to file her brief.   The second extension was granted on June 15, 2011, until July 22, 2011.   When we granted this extension, we noted

that no further extensions would be granted.  No brief was filed.  On July 28, 2011, appellant was ordered to file a brief, and a motion reasonably explaining why the brief was late, with the clerk of this court on or before August 29, 2011.

On August 3, 2011, appellant filed another motion for extension of time to file her brief.  The motion was denied and appellant against ordered to file her brief on or before September 15, 2011.  Appellant was informed that failure to comply with the order would result in dismissal of the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

On September 15, 2011, appellant filed another motion to extend time to file her brief.  As of this date, no brief has been filed.  Accordingly, the motion is denied and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.

2